IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KANSAS CITY CEMENT MASONS PENSION FUND, a trust fund, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:22-CV-00544-BCW |
| CIERRA ENTERPRISES, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

Before the Court is Plaintiffs' Motion for a Show Cause Order and for Judgment of Civil Contempt. (Doc. #37). The Court, being duly advised of the premises, grants said motion to show cause as follows.

On August 8, 2023, this Court entered a default judgment against Defendant in the amount of $32,102.20. (Doc. #20). The Court set a Judgment Debtor Exam on March 18, 2025; however, Defendant failed to appear at the Judgment Debtor Exam or otherwise produce the records and materials as ordered.

For the reasons set forth in Plaintiffs' motion (Doc. #37), it is hereby

ORDERED Defendant shall show cause in writing on or before **July 1, 2025** why a civil contempt sanction should not be imposed against Defendant for failure to (1) appear at the March 18, 2025 Judgment Debtor Exam; and (2) comply with the Court's Order that Defendant produce certain documents at the March 18, 2025 Judgment Debtor Exam. (Doc. #32). It is further

ORDERED Defendant's failure to timely respond to this Order to Show Cause may result in the imposition of contempt sanctions without further notice. It is further

1

ORDERED the Clerk of the Court shall serve a copy of this Order by regular U.S. mail and certified mail, return receipt requested, to the following:

Cierra Enterprises, LLC
c/o Cierra Williams, President / Registered Agent
923 NE Woods Chapel Rd., #417
Lees Summit, MO 64064

IT IS SO ORDERED.

DATED: June 13, 2025

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT